# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*
*v.*

*JARRETT LORENZO YOYOKIE*

ELECTRONIC CRIMINAL COMPLAINT

CASE NUMBER: MJ 22-04079-001-PCT-CDB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about August 18, 2021, in the District of Arizona, in Navajo County, within the confines of the Hopi Indian Reservation, the defendant, Jarrett Lorenzo Yoyokie, did knowingly, intentionally, and unlawfully possess methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

I further state that I am a Special Agent with the United States Department of Health and Human Services, Office of the Inspector General, Office of Investigations, Special Investigations Branch and that this Complaint is based on the following facts: **Attached Affidavit of Probable Cause Incorporated Herein.**

Continued on an attachment sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: */s AUSA Wayne Venhuizen*

__X__ Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Lauren Hanover, Special Agent
Complainant's Name and Title

Complainant's Signature

Date

__X__ Sworn by Telephone

_____
Date/Time

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Flagstaff, Arizona
City and State

**Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2022.03.08 13:48:24 -07'00'

Signature of Judicial Officer

1

CC: PTS & USMS

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONIC AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1. Your affiant, Lauren Hanover, is a Special Agent with the United States Department of Health and Human Services, Office of the Inspector General, Office of Investigations, Special Investigations Branch (DHHS-OIG-OI-SIB) and I am currently assigned to the Special Investigations Branch, located in Washington DC. In the course of my duties with the DHHS-OIG-OI-SIB, your affiant is charged with the investigation of crimes occurring on all Indian Reservations where there is an Indian Health Service Facility. Included within the crimes your affiant is charged with investigating is the possession and/or distribution of controlled substance (including but not limited to methamphetamine), and your affiant has training and experience in investigating such crimes.

2. The information contained in this affidavit is based upon investigation your affiant has personally conducted and on information derived from other law enforcement officers and their reports including those named herein. Because this affidavit is drafted for the purposes of establishing probable cause for an arrest warrant, your affiant has not included each and every fact known to your affiant and/or the DHHS-OIG-

1

OI-SIB. This case is being worked jointly with the Bureau of Indian Affairs Division of Drug Enforcement.

3. This case involves the possession of a controlled substances – methamphetamine (meth). The unlawful acts described in this affidavit occurred on the Hopi Indian Reservation, in Navajo County, Arizona.

4. In September of 2021, the Indian Health Service notified your affiant that a federal security guard, Jarrett Lorenzo Yoyokie, who works at the Hopi Health Care Center, was arrested for Possession of Methamphetamine. Your affiant contacted Hopi Law Enforcement Services (HLES) (Police Department) and requested all records related to DR#2108-0386.

5. Your affiant reviewed the records, which provide that on August 18, 2021, at approximately 12:40 a.m., HLES Sergeant DuVaughn Figueroa #732 arrested Jarrett Lorenzo Yoyokie for Possession of Controlled Substance and other offenses. The report further states that on August 17, 2021, at approximately 10:50 p.m. HLES were stopped by Kykotsmovi Village Security Officers and were asked if they received any calls regarding Jarrett Lorenzo Yoyokie walking around and looking into people's windows.

6. According to DR#2108-0386, an attempt to locate Jarrett Lorenzo Yoyokie was started, and he was eventually located by HLES

walking up a hill. HLES yelled out to Jarrett to stop and that they wanted to talk to him. Jarrett told HLES not to follow him. Jarrett kept walking and was again eventually located hiding behind a tree. He was not wearing a shirt at the time but was holding a gray shirt in his hand. HLES instructed Jarrett to sit on the ground. They observed that Jarrett was sweating profusely, and his eyes were red and watery. His pupils were dilated and consistent with someone who has been smoking some form of a drug, according to the report.

7. According to the report, at approximately 12:40 a.m. Jarrett was placed in handcuffs. At approximately 12:43 a.m., Jarrett was read his Miranda warnings and confirmed he understood his rights and was willing to talk to HLES.

8. According to the report, HLES started to look for a black bag that Jarett was previously reported to have had in his possession. HLES located a black bag inside a shed next to the tree Jarrett had been hiding behind and while doing an inventory of the contents of the bag, they located a clear bag containing a blue crystal-like substance and a clear with black residue glass smoking pipe. Jarrett claimed ownership of the black bag by stating that HLES could not look through his bag, referring to the black bag

3

he was reported to be carrying. HLES also found an Indian Health Service employee ID Card with Jarrett's photo and name on it.

9. On March 2, 2022, your affiant reviewed a supplemental Narrative authored by Officer Bryan Pawesiema of HLES that stated the following:

> On Tuesday September 14, 2021, at approximately 6:00 PM, I Hopi Law Enforcement Services (HLES) Officer Bryan Pawesiema #736 received the results of an item that was sent to the Arizona Department of Public Safety Office in Flagstaff, Arizona for forensic analysis, which is in Coconino County, in the State of Arizona. . . . I received an email from the Arizona Department of Public Safety, The item sent for analysis was item #4418 a clear plastic bag with a blue crystalline substance inside. The results from the Arizona DPS shows item #4418 contained a usable quantity of methamphetamine, a dangerous drug. Substance weight of 16.609 grams.

10. On March 2, 2022, your affiant reviewed a report labeled Arizona Department of Public Safety Scientific Examination Report. This report states that Item #4418 "[c]ontained a usable quantity of methamphetamine, a dangerous drug." The report notes the substance weight as approximately 16.6 grams.

11. The events described above occurred on the Hopi Indian Reservation, in Navajo County, in the District of Arizona.

12. Based on the foregoing, your affiant believes that Jarrett Lorenzo Yoyokie has violated federal law by committing the offense of

unlawful possession of a controlled substance, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

_____    3/8/22
Lauren Hanover                              Date
Special Agent DHHS-OIG-OI-SIB
 X    Sworn by Telephone


Date/Time: _____

**Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2022.03.08 13:47:43 -07'00'

Judge Camille D. Bibles
United States Magistrate Judge
Flagstaff, Arizona

5